```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

RYAN JOEL EDWARD STINSON                              CIVIL ACTION

VERSUS                                                NO: 12-404

DANIEL EDWARDS, ET AL.                                SECTION: R(4)

## ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Partial Report and Recommendation,[1] hereby approves the Partial Report and Recommendation and adopts it as its opinion.

Accordingly, the defendants' motion to dismiss is GRANTED in part and DENIED in part. Plaintiff's claims against Sheriff Daniel Edwards and Sergeant Chad Hickey are DISMISSED with prejudice as frivolous. Plaintiff's motion for a writ of mandamus[2] and a temporary restraining order[3] are DENIED.

New Orleans, Louisiana, this 24th day of July, 2012.

_____
             SARAH S. VANCE
       UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 36.

[2]   R. Doc. 6.

[3]   R. Doc. 21.