UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RYAN JOEL EDWARD STINSON                           CIVIL ACTION

VERSUS                                             NO: 12-404

DANIEL EDWARDS, ET AL.                             SECTION: R(4)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the plaintiff's motion to compel discovery[2] is DISMISSED as moot.

It is further ordered that plaintiff's 42 U.S.C. § 1983 claims of excessive force, failure to protect, and denial of medical care arising from the February 6, 2012, incident against Warden Jackson, Assistant Warden Pinion, Deputy Jackson, Deputy Andrews, Sergeant Ricard, and Deputy Connerson are DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

New Orleans, Louisiana, this 18th day of July, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 49.

[2] R. Doc. 40.